UNPUBLISHED

COURT OF APPEALS OF VIRGINIA


Present: Judges Beales, Russell and Senior Judge Frank


ZAINAB T. AHMED

MEMORANDUM OPINION[*]

v.      Record No. 1851-14-4                                    PER CURIAM
                                                               JUNE 9, 2015

TRINET/WASHINGTON DULLES MARRIOTT AND
  INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Zainab T. Ahmed, *pro se*, on brief).

(Andrew E. Suddarth; Jordan Coyne LLP, on brief), for appellees.


Zainab T. Ahmed appeals a decision of the Workers' Compensation Commission finding

that several physical ailments were not causally related to her work injury and that

Trinet/Washington Dulles Marriott and the insurance company were not responsible for payment

of emergency room visits, a neck collar, and treatment for the several conditions. Appellant also

filed motions for the appointment of counsel and for the Court to impose fines against appellees'

counsel. Appellees filed a motion to dismiss appellant's appeal for failure to comply with Rules

5A:20, 5A:25, and 5A:26.

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Ahmed v. Trinet/Washington Dulles Marriott, VWC File No. VA00000327899

(Sept. 16, 2014). We dispense with oral argument and summarily affirm because the facts and

legal contentions are adequately presented in the materials before the Court and argument would

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.  We deny appellant's motions for appointed counsel and to impose fines against appellees' counsel and appellees' motion to dismiss with prejudice.

<u>Affirmed.</u>